**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA:  CA-C-ZX (UPDATED REGULARLY BY BESTCASE)

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Mad Dogg Athletics, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-4481055 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2111 Narcissus Ct<br>Venice, CA 90291-4818<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    spinning.com; peakpilates.com; crosscore.com; maddogg.com

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Mad Dogg Athletics, Inc.                                            Case number (if known) _____
         Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
   List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Mad Dogg Athletics, Inc.                                    Case number (if known) _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Mad Dogg Athletics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ☐ | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | ☐ | I have been authorized to file this petition on behalf of the debtor. |
| | ☐ | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      7/26/19
                 MM  / DD / YYYY

✗ _____    John R. Baudhuin
   Signature of authorized representative of debtor    Printed name

Title   Chief Executive Officer

| 18. Signature of attorney | ✗ _____ | Date | 07/26/19 |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

David S. Kupetz
Printed name

SulmeyerKupetz, a professional corporation
Firm name

333 S. Grand Avenue, Suite 3400
Number      Street

Los Angeles                                    CA      90071
City                                           State   ZIP Code

(213) 626-2311                                 dkupetz@sulmeyerlaw.com
Contact phone                                  Email address

125062                                         CA
Bar number                                     State

## CERTIFICATE OF RESOLUTIONS

I, the undersigned, the Chief Executive Officer of Mad Dogg Athletics, Inc., a California Subchapter S Corporation (the "Company"), do hereby certify that the following resolutions were adopted by the Company, and that they have not been modified or rescinded and are still in full force and effect:

**NOW, THEREFORE, BE IT RESOLVED,** that in my judgment, as 100% equity interest holder of the and sole member of the Board of Directors of the Company, it is desirable and in the best interest of the Company, its creditors, and other interested parties, that a voluntary petition be filed by and for the Company, in the United States Bankruptcy Court for the Central District of California, seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the Chief Executive Officer and any other officers of the Company ("Appropriate Officers"), be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to execute and verify such a petition and to cause the same to be filed with the United States Bankruptcy Court at such time as the Appropriate Officer executing that petition on behalf of the Company shall determine; and it is further

**RESOLVED,** that the Appropriate Officers of the Company be, and each of them hereby is, authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that connection, to employ and retain all assistance by legal counsel, financial consultants, accountants, or other professionals, and to take any and all action which they deem necessary and proper in the aforesaid bankruptcy case, with a view to the successful prosecution of such case; and it is further

**RESOLVED,** that the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized, as it deems necessary, (i) to conduct, manage, and supervise a reorganization of the Company, (ii) to borrow funds in such amounts, from such lenders and on such terms as may be approved by any one or more of the Appropriate Officers as reasonably necessary for the continuing conduct of the affairs of the Company, and/or (iii) to grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed reasonably necessary by any one or more of the Appropriate Officers in connection with such borrowings or in connection with obtaining authority to use cash collateral, cash or otherwise; and it is further

**RESOLVED,** that the Appropriate Officers of the Company shall be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, agreements, instruments, and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution; and it is further

**RESOLVED**, that the Company may and shall retain the firm of **Sulmeyer**Kupetz, A Professional Corporation, as bankruptcy counsel to the Company, in connection with the aforesaid bankruptcy reorganization case and for all other relevant purposes.   The Appropriate Officers are authorized to sign an engagement letter employing **Sulmeyer**Kupetz, A Professional Corporation, as counsel to the Company, and deliver to **Sulmeyer**Kupetz, A Professional Corporation, the retainer required by said engagement letter, and to execute any other documents necessary for the retention and employment of **Sulmeyer**Kupetz, A Professional Corporation, and the approval of such employment in the aforesaid bankruptcy case; and it is further

**RESOLVED**, that the Appropriate Officers of the Company are authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his or her judgment as shall be necessary or desirable in order fully to carry out the intent and accomplish the purpose of the resolutions adopted herein.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 26th day of July, 2019.

> Mad Dogg Athletics, Inc., a California Subchapter S Corporation
>
>
> By: _____
>
> John.R. Baudhuin, Chief Executive Officer

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Mad Dogg Athletics, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: CA-C-ZX (UPDATED REGULARLY BY BESTCASE) |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MUFG Union Bank, NA Attn Mark Mitchell 455 South Figueroa St. Los Angeles, CA 90071 | Brian Harvey bharvey@buchalter.com 213-891-5016 | Guaranty Loan | | | | $9,484,342.60 |
| DeJet Industry Co., LTD No. 88 Shuren 6th St, Wufend Dist Taichung City 413 Taiwan, ROC | sandra@syndicatec.com 886-4-2332-5688 | Trade Debt | | | | $289,352.82 |
| Safarian Choi & Bolstad LLC 555 S. Flower St., #650 Los Angeles, CA 90071 | icampos@safarianchoi.com 213-481-6565 | Legal Fees | | | | $273,912.20 |
| FiTek Fitness Products No. 92 Chung Hwa Road Ming Hsiung Industrial Park Chia Yi Country, Taiwan, ROC | jingwang@fitekfitness.com 885-5-2203-3010 | Trade Debt | | | | $212,672.50 |
| Keats Gatien, LLP 120 S El Camino Dr., Ste 207 Beverly Hills, CA 90212 | kg@keatsgatien.com 424-302-0692 | Legal Fees | | | | $102,722.09 |
| BTX Global Logistics 2045 W Western Ave Torrance, CA 90501 | mmckinzie@btxglobal.com 203-925-5905 | Trade Debt | | | | $79,400.01 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

Debtor    Mad Dogg Athletics, Inc.
_____    Case number (if known)    _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CBIZ MHM, LLC 10474 Santa Monica Blvd., # 200 Los Angeles, CA 90025 | mmckinzie@btxglobal.com 310-268-2000 | Professional Services | | | | $67,729.05 |
| Marsh & McLennan Agency, LLC PO Box 740663 Los Angeles, CA 90074 | matt.bonnet@marshMMA.com 858-242-5768 | Insurance Broker | | | | $66,978.00 |
| Acufit Enterprise Co., LTD 51-1 Hsin An Road TA Chia Chen Taichung Hsien, Taiwan, ROC | sunny.chiu@acufit.com.tw 886-4-2687-8900 | Trade Debt | | | | $57,564.04 |
| Fed Ex PO Box 7221 Pasadena, CA 91109-7321 | billingonline@fedex.com 800-622-1147 | Trade Debt | | | | $49,087.06 |
| Hanwei Fitmess Equipment Co., No. 359 Baiyununyuan, East Road of Hangshou, China | hello_liner@163.com 86-57-69962007800492-3344 | Trade Debt | | | | $46,524.61 |
| Greyhills Rechtsanwalte Unter den Eichen 93 D-12205 Berlin, Germany | steinberg@greyhills.eu 49330569743-10 | Trade Debt | | | | $41,445.94 |
| Glass Ratner 555 W 5th St., #3735 Los Angeles, CA 90013 | mspindler@glassratner.c0m 213-226-6770 | Audit, Tax & Advisory Services | | | | $40,902.50 |
| Omexy (Times Pacific) No. 42 Section 3, Chang Shi Road Tainan City, TW | h02006@omexey.com.cn 011-866-6-2557158 | Trade Debt | | | | $37,050.70 |
| Prosum, Inc. 2201 Park Place, #102 El Segundo, CA 90245 | ravi.chatwani@prosum.com (310) 426-0626 | Trade Debt | | | | $29,227.50 |
| First Insurance Funding PO Box 7000 Carol Stream, IL 60197 | matt.bonnet@marshMMA.com 800-837-2511 | Insurance | | | | $24,977.52 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Mad Dogg Athletics, Inc.
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TWE Solutions 13900 Marquesas Way #6006 Marina Del Rey, CA 90292 | tweaccountant@twe-solutions.com 888-535-9570 | Trade Debt | | | | $24,107.68 |
| Ciclista America 10225 Prospect Ave Santee, CA 92071 | byron@Ciclista-america.com 619-401-4100 | Trade Debt | | | | $22,764.00 |
| Mainfreight 1400 Glenn Curtiss St. Carson, CA 90746 | Tom.Valentine@mainfreightusa.com (310) 900-1974 | Trade Debt | | | | $22,639.07 |
| UPS Suppy Chain Solutions 28013 Network Place Chicago, IL 60673 | dlefever@ups.com (502) 485-2222 | Trade Debt | | | | $19,832.15 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Mad Dogg Athletics, Inc.
2111 Narcissus Ct
Venice, CA 90291-4818


David S. Kupetz
SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1406


United States Trustee
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

20-20 Tecchnologies Commercial
550 3 Mile Rd. NW
Grand Rapids, MI 49544


Aaron Eberhardt
126 N Brighton St
Burbank, CA 91506


Abbiefit LLC
550 Southeast Mizner Blvd., # 406
Boca Raton, FL 33432


Active Body & Health
786 Blendheim Ct
Severna Park, MD 21146


Acufit Enterprise Co., LTD
51-1 Hsin An Road
TA Chia Chen
Taichung Hsien, Taiwan, ROC


Aesha Tahir
3945 Hillcrest Dr
Furlong, PA 18925


AJ Park
PO Box 949
Wellington, New Zealand 6140


Alejanda Labastida-Shapiro
31 Sarahs Grove Lane
Schaumburg, IL 60193

Alicia Jerome
4300 Duplessis St
New Orleans, LA 70122


Alimoglu Oruc IP & Law Group
Sahrayicedit Mah. Ataturk Cad.
No: 38 D: 29 3734
Kadikoy, Instanbul, Turkey


Alycea Ungaro
430 Greenwich St.
New York, NY 10013


Angela Amedio
87 Railroad Pl. # 207
Saratoga Springs, NY 12866


Angela Sturtevant
8318 Misty Moon Dr
Colorado Springs, CO 80904


Angie Scott
20 Fuller St, Fl 1
Montpelier, VT 05602


Anthony Musemici
86-20 258th St
Floral Park, NY 11001


Aprile Pieshel
31466 Sunningdale Dr
Temecula, CA 92591

Arkron Resources, Inc.
20 La Porte
Arcadia, CA 91006


Ashton Roark
861 Bringham Ave., #17
Los Angeles, CA 90049


AT & T
PO Box 5025
Carol Stream, IL 60197


Athens Service
PO Box 54957
Los Angeles, CA 90054


Aussie Fitness LLC
2624 NE 25th St
Fort Lauderdale, FL 33305


Austin Pilates Barn
1300 Northwood Rd.
Austin, TX 78703


Barrdea Moller
Av Angamos Oeste 1200
PO Box 18-1419
Lima, Peri 18


Basham, Ringe y Correa, SC
Paaseo de los Tamarindos 400-A
Piso 9 Bosques d la Lomas, Mexico

Bernadette Sidney
11072 W Ocean Air Dr., #337
San Diego, CA 92130


Bernice Leak
3824 Stocker St., #1
Los Angeles, CA 90008


Betty Simmons
309 Saloli Ln
Loudon, TN 37774


Blake Robertson
9473 Canabridge Dr
Arlington, TN 38002


Body by Baca
1010 Front St., #H2
Lahaina, HI 76761


Body in Motion
142 Kupuohi St., F2
Lahaina, HI 76761


Booyah Adertising, Inc.
3001 Brighton Blvd., # 236
Denver, CO 80216


Boyd & Associates
PO Box 46113
Houston, TX 77210

BTX Global Logistics
2045 W Western Ave
Torrance, CA 90501


Burning Heart LLC
278 Main St., #307
Greenfield, MA 01301


CA Dept of Tax & Fee Administration
450 N Street
Sacramento, CA 95814


California Dental Network, Inc.
23291 Mill Creek Dr.
Laguna Hills, CA 92653


California Secretary of State
1500 11th St
Sacramento, CA 95814


California Water Service
PO Box 940001
San Jose, CA 95194-0001


Caroline Dawson
25 Overlook Rd
Westminster, MA 01473


Carolyn Suzanne Meledeo
20114 Standish Rd
San Antonio, TX 78258

Carrie Pfenning
7 Linden Rd
East Sandwich, MA 02537


Catherine Terrazas
11305 MorningBrook Dr
Pearland, TX 77584


CBIZ MHM, LLC
10474 Santa Monica Blvd., # 200
Los Angeles, CA 90025


Chase Bank- VISA
PO Box 94014
Palatine, IL 60094


Cherry Herzog
2737 N Fitzhugh, #3155
Dallas, TX 75204


Ciclista America
10225 Prospect Ave
Santee, CA 92071


City Clerk of Los Angeles
200 N Spring St., Hall Rm 360
Los Angeles, CA 90012


CleanNet of Southern California
986 Broken Land Pkwy, #208
Columbia, MD 21046

Colleen Glenn-Wilson
1875 Tansy Pl
Boulder, CO 80304


Commerce Technologies
25736 Network Pl
Chicago, IL 60673


Commerce Technologies
25736 Network Pl
Chicago, IL 60673


Constance Borho
4216 Royal Palm Dr.
Bradenton, FL 34210


Core Concepts Pilates Studio LLC
1601 Commerce Lane, #104
Jupiter, FL 33458


CPA Global Limited
Finance Dept
2318 Mill Rd Fl 12
Alexandria, VA 22314


CR & R Inc. Environmental Services
PO Box 7183
Pasadena, CA 91109


Crystal Irvin
74 Kent Pl Blvd.
Summit, NJ 07901

D & S Security
5411 Valley Blvd.
Los Angeles, CA 90032


Daniela Hosier
212 Oak Court
Dingmans Ferry, PA 18328


Danielle Foster
2868 Landon Dr
Stow, OH 44224


Dawn Juarez
1605 FencePost Trail
Austin, TX 78750


dba Invoke Studio
970 Fort Wayne Ave., #C
Indianapolis, IN 46204


De Sola Pate & Brown
PO Box 025801
Miami, FL 33102


Deborah Lemon
33 Hudson St., #E2905
Jersey City, NJ 07302


DeJet Industry Co., LTD
No. 88 Shuren 6th St, Wufend Dist
Taichung City 413
Taiwan, ROC

Divimark
2727-1000 San Jose
Costa Rica


Douglas Pearson Jr.
1443 N Fuller Ave., #202
Los Angeles, CA 90046


DSD Business System
419 Main St.
Huntington Beach, CA 92648


eBridge Software
777 Walkers Line Burlington
ON, Canada, L7N2G1


Eduardo Akari imaging
4 N Henry St., 2A
Brooklyn, NY 11222


Elizabeth Tranquilli
65-1274 Kawaihae Rd
Kamuela, HI 96743


Elk kalt Weint Reub Gart, LLC
2049 Century Park E, #2700
Los Angeles, CA 90067


Emily Alvarez
757 Ocean Ave., # 115
Santa Monica, CA 90402

Emily Jerez
826 Amoroso Pl
Venice, CA 90291


Energy Barre, LLC
410 E Main St
Chicago, IL 60610


Eric Sefton
929 Harbor View
Memphis, TN 38103


Evela Media, Inc.
2626 W Rascher Ave.
Chicago, IL 60625


Expert Voice, Inc.
Dept. CH 19775
Palatine, IL 60055


Fabio Comana
7425 Hartford Court
La Mesa, CA 91941


Fed Ex
PO Box 7221
Pasadena, CA 91109-7321


Fed Ex Freight
Dept. LA
PO Box 21415
Pasadena, CA 91185

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197


FiTek Fitness Products
No. 92 Chung Hwa Road
Ming Hsiung Industrial Park
Chia Yi Country, Taiwan, ROC


Fitquest Inc
2648 Covington Court
Fort Collins, CO 80526


Flesion LLC
15495 Gossoms Store Ct
Haymarket, VA 20169


Franchise Tax Board
PO Box 942840
Sacramento, CA 94240


Fthe Norm
3023 4th St., #B
Santa Monica, CA 90405


Gina Resina
1591 Horsehoe Dr
NJ 08736


Glass Ratner
555 W 5th St., #3735
Los Angeles, CA 90013

Glenna Nall
494 E 10th St
Indianapolis, IN 46202


Greenwood Athletic & Tennis Club
5801 S Quebec St
Englewood, CO 80111


Greyhills Rechtsanwalte
Unter den Eichen 93
D-12205
Berlin, Germany


Griffith Hack
Level 10, 161 Collins St
Melbourne
VIC 3000, Austrailia


Gulliksson
Box 4171
SE-203 13
Malmo, Sweden


Gym Tech
116-28 Myrtle Ave
Richmond Hill, NY 11418


Hagenbach Solutions, LLC
624 Sedgeworth Ct.
Simi Valley, CA 93065


Haley Perlus
441 Old Orchard Grove
Toronta
ON M5M 2G3 Canada

Hanwei Fitmess Equipment Co.,
No. 359 Baiyununyuan, East Road of
Hangshou, China


Harbor Athletic Club
2529 Allen Blvd.
Middleton, WI 53562


Hart Wood, Inc.
c/o John R Baudhuin
2111 Narcissus Ct
Venice, CA 90291


Heather Anderson-Santin
1612 Bell Blvd.
Bayside, NY 11360


High Tech Well
HTW Italia SRL Via Ferraris
12 Ospedaletto PL, Italy


Hugo Codaro
2-17-5 Yoga
Setagaya-Ku
Tokyo, Japan 158-0097


Hymanson dba Bodyblade
c/o Kenneth Watnick
Anderson, McPharlin & Conners LLP
Los Angeles, CA 90017


Hymanson dba Bodyblade
Attn: Bruce Hymanson, President
PO Box 5100
Los Angeles, CA 90017

Inspire Pilates Studio LLC
106 Berwick Circle
Bonaire, GA 31005


Intelegent Fitness
340 Dorset St.
South Burlington, VT 05403


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Irene Lewis-McCormick
7620 Elmridge Dr
Boca Raton, FL 33433


Isabel Shepard
12 Borrell Ct
Saint James, NY 11780


Isler & Pedrazzini AG
Gottjardstrasse 53 Posrfach 6940
CH 8023
Zürich, Switzerland


Jacobacci & Partners S.L.
Via Senata, 8 20121
Milano, Italy


Jacqueline Duke
8950 Southwest 196 Dr
Miami, FL 33157

Jamie Isaac
2538 Catalina Ave.
Vista, CA 92084


Janet Toussaint
59 Warren Ave
Plymouth, MA 02360


Jason Karp
14948 Avenida Venusto, #18
San Diego, CA 92128


Jeff Krabiel
4883 PResidio St DR
Los Angeles, CA 90043


Jennifer Hansen
1157 Orange Pl
Boulder, CO 80304


Jennifer Ward
73 Whittier Ave
Pittsfield, MA 01201


Jessica SchultzReynolds
3785 Wild Rose Loop
West Linn, OR 97068


Jessica Sullivan
252 Reneau Way, #3D
Herndon, VA 20170

John Cargil
2016 Wellington Ave.
Santa Ana, CA 92701


John R Baudhuin
2111 Narcissus Ct
Venice, CA 90291


John R. Baudhuin
2111 Narcissus Ct.
Venice, CA 90291


Jolie Becker
180 Emmett Rd.
Wexford, PA 15090


Jones Day
555 S. Flower St
Fl 50
Los Angeles, CA 90007-1000


Joseph Krasinkas
8181 Canegie Hall Ct. #109
Vienna, VA 22180


Josh Taylor
310 W Armstrong Dr
Fountainville, PA 18923


Juan Hidalgo
7215 Hilside Ave., #
Los Angeles, CA 90046

Justizkasse Hamburg
Drehbahn 36
20354 Hamburg, Germany


Kathleen Corey
13550 Nogales Dr
Del Mar, CA 92014


Kathryn Coyle
1745 Whisperhill Dr
Reston, VA 20194


Keats Gatien, LLP
120 S El Camino Dr., Ste 207
Beverly Hills, CA 90212


Kyowa Patent and Law Office
Nippon Life Marunouchi Building
1-6-6, Marunouchi, Chiyoda-ku
Tokyo 100-0005 JAPAN


LA Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030


Laura Hampton
2705 Rutland, Unit F
Houston, TX 77008


Lee & Li
8F, No. 555, Sec. 4, Zhongxiao E. R
Taipei 11072, Taiwan, R.O.C.

Level 3 Communications
PO Box 910182
Denver, CO 80291


Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd., # 1700
Los Angeles, CA 90067


Lifetime Health & Fitness
300 Landmark Dr
Casper, WY 82609


Linda Howard
4631 Whispering Park Lane
Tampa, FL 33614


Lisa Mona
21307 Ja,ison Dr
Chandler, TX 75758


Liu, Shen & Associates
Hanhai Plaza (1+1 Plaza),10th Flr
10 Caihefang Road, Haidian District
Beijing 100080, China


Live2Ride, LLC
2327 Pristine View Rd
Charleston, SC 29414


Locke Hospitality Procurement, LLC
Filter Club
550 E Devon Ave, # 130
Itasca, IL 60143

Lory Pro
12815 E Harthorn Pass
Vail, AZ 85641


Los Angeles Tax Collector
225 N. Hill St., #1
Los Angeles, CA 90012


Luciana Marcial-Vincion
2327 Pristine View Rd
Charleston, SC 29414


Maceiko IP
420 2nd St
Manhattan Beach, CA 90266


Mai Arwas
124 Ludlow St., #4A
New York, NY 10002


Mainfreight
1400 Glenn Curtiss St.
Carson, CA 90746


Mark Tickner
2200 East Caru St., #140
Richmond, VA 23223


Marsh & McLennan Agency, LLC
PO Box 740663
Los Angeles, CA 90074

Marval & O'Farrell
Av Leandro N Alem 882 C1001AAR
Buenos Aires, Argentina


Mary Jo Ruckel
7 Vidoni Pl
Huntington, NY 11743


Meiss Johnson
120 Lakeside Dr
Pittsburgh, PA 15238


Meng-Ku YN
46, No 4, Lane 161 Sam-Ming Rd
Taipei City, 105
Twian, ROC


Micah Archibald
1920 Preuss Rd., #3
Los Angeles, CA 90034


Michael Ferrante
9 Grove St
Essex, MA 01929


Michael Fritzke
13614 North 99 Ave., #678
Sun City, AZ 85351


Michael Mountain
9201 Gerald Ave
North Hills, CA 91343

Michael Pesta
11750 Sunset Blvd., #219
Los Angeles, CA 90049


Miller Thomson LLP
1000 De La Gauchetière St. W #3700
Montreal, QC H3B 4W5


Mimeo.com, Inc.
PO Box 654018
Dallas, TX 75265


Movement Contimuum Studio, LLC
315 Stafford Ave
Bozeman, MT 59718


MUFG Union Bank, N.A.
455 South Figueroa Street
Los Angeles, CA 90071


MUFG Union Bank, N.A.
c/o Brian Harvey
Buchalter APC
1000 Wilshire Blvd., # 1500
Los Angeles, CA 90017


MUFG Union Bank, NA
Attn Mark Mitchell
455 South Figueroa St.
Los Angeles, CA 90071


Nancy McCorry
2 Banyab Rd
Skillman, NJ 08558

Nicole Motter
215 3rd Ave., #2
Venice, CA 90291


Omexy (Times Pacific)
No. 42 Section 3, Chang Shi Road
Tainan City, TW


Optim Services USA, LLC
c/o Vasserman
6200 Wilshire Blvd., #1602
Los Angeles, CA 90048


Oslo Patnetkontor As
Postboks 7007M
Oslo, Norway


Oswaldo Gutierrez
PO Box 219
Wilmington, CA 90748


Pamela Blum
104 Hopeland Ave.
Pasadena, MD 21122


Pat Guyton Pilates Inc
3825 Iris Ave., #300
Boulder, CO 80301


Patrick Sims
1613 N Winstel Blvd.
Tucson, AZ 85716

Peter Beer
4650 Sepulveda Blvd., # 101
Sherman Oaks, CA 91403


Peter Schwob
637 Wesley Ave
Oak Park, IL 60304


Pfister International Group
Konrad-Zuse-Str 7, 78467 Konstanz
(Industriegebiet)
Baden-Wurttemberg


Phoenix to LA, LLC
2111 Narcissus Ct
Venice, CA 90291


Pilates by Wendy
2071 West 39th St
Casper, WY 82604


Pilates of Greenville LLC
12 Clarendon Ave
Greenville, SC 29609


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250


Powerhouse Pilates LLC
21 Courtney Place
North Attleboro, MA 02760

Precor, Inc.
20031 142 nd NE
Woodinville, WA 98072


Prosum, Inc.
2201 Park Place, #102
El Segundo, CA 90245


Pure Green Corp.
5455 Wilshire Blvd.
Los Angeles, CA 90036


Pure Pilates Inc
42 Carriage Rd.
Hanson, MA 02341


Ralph Milady Jr.
4709 Krueger Ave
Cleveland, OH 44134


Raquel Schmidt
43 Burbank Terrace
Buffalo, NY 14214


RDM Fitness Group
895 SW 67th Ave, 2nd Fl
Miami, FL 33144


Rebel Mindfulness LLC
14361 Southwest, 120th St
Miami, FL 33186

Reference Services, Inc.
101 Plaza E Blvd., #300
Evansville, IN 47715


Roberta Hughes
11981 S Ling Bluff Ln
Parker, CO 80134


Sabrina Fairchild
8860 Stanford Ln.
Durham, CA 95938


Safarian Choi & Bolstad LLC
555 S. Flower St., #650
Los Angeles, CA 90071


SageSoftware
Attn: Customer Care Dept
PO Box 849887
Dallas, TX 75284


SANTEPLUS, LLC
3183 Wilshire Blvd., #196A45
Los Angeles, CA 90010


Santin Wellness Consulting
1612 Bell Blvd.
Bayside, NY 11360


Sara Ness
481 Webb Rd
Uxbridge
ON M5M 2G3 Canada

Schlee IP International
3770 Highland Ave., # 203
Manhattan Beach, CA 90266


Scott Josephson
6839 Blue Ray Circle
Lake Worth, FL 33467


Scott Schlesinger
13660 Mapl St., #2017
Overland Park, KS 66223


Screen Art, LLC.
1516 Triton Ln.
Huntington Beach, CA 92649


Shannon Samford
4040 Flintridge Dr
Dallas, TX 75244


Shaun Sullivan
31 Old Skinner Rd
East Hartland, CT 06027


Shauna Laszlo
PO Box 355
Virginia City, MT 59755


SOL TWE Solutions, Inc.
13900 Marquesas Way
Marina Del Rey, CA 90292

Sonje Mayo
6608 Chatsworth Place
Nashville, TN 37205


Southern California Gas
PO Box C
Monterey Park, CA 91756


Southern Caliornia Edison
Pox Box 600
Rosemead, CA 91771


Staci Brodeur
660 Manitou Ln
Lake Orion, MI 48362


Stacy Krauss
3051 West 21st Ave.
Denver, CO 80211


Stanley Wong
Flat F, 13/F Block 9 Park Island
M Wan, N.T. Hong Kong


State of the Heart Fitness
905 2nd St., #14
Santa Monica, CA 90403


Sunset Hills Community Center
3939 S Lindbergh Blvd.
Saint Louis, MO 63127

Syrac, LLC
2111 Narcissus Ct.
Venice, CA 90291


Tai E International Patent
9F, No. 112, Sec. 2, Chang-An E. Rd
Taipei 104, Taiwan, R.O.C.


Tamarack Reilly
111 October Hill Rd
Hamden, CT 06518


TBK
Bavariaring 4-6 POB 201918
D-80019 Munchen, Garmany


Terri Arends
5702 Hudson St., #7
Dallas, TX 75206


The Good Space Pilates & Yoga
5757 Woodway, #150
Houston, TX 77057


TMG Business Group
3652 Vinton Ave., #8
Los Angeles, CA 90034


Tomas Bejcek
Bubenska 1 170 00Praha 7
Czech Republic

Toshiba Financial Services-
De Lage Landen
PO Box 41602
Philadelphia, PA 19101


Tracy Aldereyaane
25562 W Columbia Bay Dr
Lake Villa, IL 60046


Travelers Casualty & Surety Co of A
One Tower Square
Hartford, CT 06183


TWE Solutions
13900 Marquesas Way #6006
Marina Del Rey, CA 90292


Uline
PO Box 88741
Chicago, IL 60680


UNIFY Ford
Airport Marina Ford
5880 W Centinela Ave
Los Angeles, CA 90045


UNIFY Ford
Santa MAria Ford Lincoln
1035 E Battles Rd.
Santa Maria, CA 93456


United Parcel Service
PO Box 894820
Los Angeles, CA 90189

UPS Capital Insurance Agency, Inc.
Cargo Premium Trust
PO Box 934852
Atlanta, GA 31193


UPS Suppy Chain Solutions
28013 Network Place
Chicago, IL 60673


Urban Bliss Inc
613 NE 25th Ave
Pompano Beach, FL 33062


Vayanos Kostopoulos
37, Stournara Str.,
GR-106.82
Athens, Greece


Verizon (Frontier)
PO Box 920041
Dallas, TX 75392


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Vieira de Almeida & Associates
Rua Dom Luis 1
28-1200-151 Lisboa, Portugal


Viering, Jentschura & Partner
230 Victoria Street,
#07-06/07 Bugis Junstion Towers
Singapore 188024

Virginia Lang
7 Rota Dr
Parlin, NJ 08859


Western Exterminator
PO Box 16350
Reading, PA 19612


Weymouth Club Inc.
75 Finnell Dr
Braintree, MA 02184


WPAT Law Group
1100 Quail St., #202
Newport Beach, CA 92660


Yan Xiaohu
Rm 29, Unit 2, Bld 7 Xin Yuan
 Jing Yuan Comm No1 Hezuo Rd
Erqu Dist Zhengzhou, Henan, China


Yasemin Kenaroglu
Polat Mecidiyekoy Ismerkezi
Cemal Sahir Sk. No. 29/45
Sisli-Istanbul, Turkey


Young, Spiegel & Lee LLP
301 N Canon Dr.
Beverly Hills, CA 90210


Zoey Trap
10711 Preston Way
Powell, OH 43065