David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Reorganized Debtor
Mad Dogg Athletics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAD DOGG ATHLETICS, INC., a California Subchapter S Corporation,<br><br>Debtor.<br><br>Tax ID: 95-4481055 | Case No. 2:19-bk-18730-WB<br><br>Chapter 11<br><br>**NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER APPOINTING INDEPENDENT FIDUCIARY WITH RESPECT TO PENDING PATENT INFRINGEMENT LITIGATION AGAINST PELOTON INTERACTIVE, INC.**<br><br>[11 U.S.C. §§ 105, 1142; Fed. R. Bankr. P. 3020]<br><br>[Relates to Dkt. No. 564]<br><br>Hearing (Date/Time Approved by Court)<br><br>Date:    September 17, 2021<br>Time:    10:00 a.m.<br>Place:   Courtroom 1375<br>            255 E. Temple St.<br>            Los Angeles, CA  90012<br>            ***Via ZoomGov*** |

ASH 2721941v1

**TO THE UNITED STATES TRUSTEE, THE TWENTY LARGEST GENERAL UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on **September 17, 2021, at 10:00 a.m.**, before the Honorable Julia W. Brand, United States Bankruptcy Judge, in Courtroom 1375 of the above-entitled Court at 255 East Temple Street, Los Angeles, California 90012, **via ZoomGov**,[1] a hearing will take place on the *Motion For Order Appointing Independent Fiduciary With Respect to Pending Patent Infringement Litigation Against Peloton Interactive, Inc.* (the "Motion"), filed by Mad Dogg Athletics, Inc., the reorganized debtor in the above-captioned bankruptcy case (the "Debtor"), pursuant to which the Debtor seeks an order appointing an independent fiduciary representative ("Independent Fiduciary") to serve as a litigation trustee solely to succeed to the Debtor's rights to, and take control over, that certain patent infringement action against Peloton Interactive Inc. ("Peloton"), currently pending in the United States District Court for the Eastern District of Texas (the "Texas Court"), captioned *Mad Dogg Athletics, Inc. v. Peloton Interactive, Inc.*, Case No. 2:20-cv-00382 (the "Infringement Action"), and all claims asserted in, arising from, or related to, such action, or, in the alternative, authorizing the Debtor to appoint such Independent Fiduciary.

The Motion is made pursuant to 11 U.S.C. §§ 105(a) and 1142(b), Rule 3020(d) of the Federal Rules of Bankruptcy Procedure, and other decisional authority, on the following grounds: The Debtor holds patent infringement claims against Peloton (the "Infringement Claims") that should have been, but were not, listed in the Debtor's bankruptcy schedules and/or statement of financial affairs (together, the "Schedules").[2] These Infringement Claims, therefore, represent unadministered assets that, upon confirmation of the Debtor's chapter 11 plan of reorganization (the "Plan"), revested in the Debtor. The Debtor believes the Infringement Claims and the related

---

[1] ZoomGov video and audio connection information for the hearing will be provided on the publicly posted hearing calendar for the Honorable Julia W. Brand, United States Bankruptcy Judge, which can be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted and going to "Select Judge" Julia W. Brand to see the Court's Tentative Rulings Viewing Calendar.

[2] As set forth in the Debtor's motion to reopen this bankruptcy case filed on August 13, 2021, this was not the result of any ill-intent or deliberate effort to conceal the Infringement Claims.

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 Infringement Action have merit and potentially could generate significant recoveries for the
2 benefit of creditors.

3       Based on discovery and other activity in the Infringement Action, the Debtor anticipates
4 that Peloton likely will seize on the fact that the Infringement Claims were not listed in the
5 Schedules as a basis to seek summary dismissal of the Infringement Action on judicial estoppel
6 grounds as applied within the Fifth Circuit (in which the Texas Court presiding over the
7 Infringement Action sits).[3]  Pursuant to applicable Fifth Circuit law, summary dismissal on
8 judicial estoppel grounds would be eliminated if the Independent Fiduciary is appointed to control
9 and administer the Infringement Claims and the Infringement Action for the benefit of the
10 Debtor's creditors.  As a result, to allow the Infringement Claims to be properly administered,
11 with any net recovery made available for the benefit of creditors to supplement payment of their
12 claims under the Plan, and avoid the resulting potential harm that otherwise would inure to the
13 Debtor's innocent creditors if the Infringement Action is summarily dismissed, the Debtor seeks
14 the appointment of an Independent Fiduciary on the proposed terms and conditions set forth
15 below.

## PROPOSED INDEPENDENT FIDUCIARY, COMPENSATION STRUCTURE, AND OTHER TERMS AND CONDITIONS

18       The Debtor proposes the appointment of Roy P. Kim ("Kim") to serve as the Independent
19 Fiduciary.  A copy of Kim's biography and resume are attached to the declaration of Roy P. Kim
20 accompanying the Motion.  The Debtor proposes appointment of Kim as Independent Fiduciary
21 on the following proposed terms and conditions:

22 • The Independent Fiduciary shall be appointed solely to succeed to the Debtor's rights
23 to, and take control over, the Infringement Claims and the Infringement Action, without the need
24 for further order of the Court, to pursue, settle, litigate, and/or otherwise administer these assets
25 for the benefit of the Debtor's creditors in this bankruptcy case, and distribute any net proceeds to

---

[3] The Debtor reserves any and all rights, claims, and defenses in connection with the Infringement Claims and the Infringement Action, including, but not limited to, with respect to any judicial estoppel defense.

supplement payments to creditors on account of allowed claims under the Plan until such allowed claims are paid in full.

- The Independent Fiduciary shall have sole and complete decisional authority with respect to the Infringement Action and other administration of the Infringement Claims, including, but not limited to, its prosecution, settlement, or other disposition, and may take any and all actions consistent with such authority without the need for further order of the Court.

- The Independent Fiduciary shall be appointed solely for the purposes identified above and for no other purpose, except upon further order of the Court.

- The duration of the Independent Fiduciary's term shall commence immediately upon entry of the Court's order appointing the Independent Fiduciary through and including final disposition of the Infringement Action and the distribution of any net proceeds resulting from such disposition, or as extended by further order of this Court.

- The Independent Fiduciary may retain counsel and any other professionals as necessary in connection with the Infringement Claims and the Infringement Action without further order of the Court.

The Debtor proposes the following compensation structure for the Independent Fiduciary:

- The Independent Fiduciary shall receive a $10,000 retainer from the Debtor to be applied at the conclusion of his role as the Independent Fiduciary.

- The Independent Fiduciary shall charge for his services at his ordinary hourly rate in effect at the time the services are rendered, and shall provide monthly billing statements to the Debtor, subject to monthly caps of $10,000 for the first month following his appointment, and $5,000 per month for each month thereafter, with payment of such amounts to be made without the need for further order of the Court.  Kim's current hourly rate is $750.

- In addition to such hourly fees, the Independent Fiduciary shall receive further compensation in the following amounts from, and based on distribution to creditors of, the proceeds recovered on account of the Infringement Claims or the Infringement Action: (i) 5% on the first $100,000 distributed to creditors, (ii) 3% on any amounts distributed to creditors in excess of $100,000 and up to $1,000,000, and (iii) 1% on any amounts distributed to creditors in excess

ASH 2721941v1

4

of $1,000,000. All such amounts shall be paid without the need for further order of the Court.

- The Independent Fiduciary shall also be reimbursed for all reasonable out-of-pocket expenses incurred in connection with the Infringement Action and his role as Independent Fiduciary not to exceed $500 per month, without further order of the Court.

- The Independent Fiduciary shall act as a fiduciary representative for creditors and shall not be under the direction or control of the Debtor.

The Court shall retain jurisdiction to enforce the terms and conditions of, and to resolve any and all disputes relating to or arising from, the Independent Fiduciary's appointment and role.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed with the Clerk of the United States Bankruptcy Court and may be viewed at the Clerk's office at 255 East Temple Street, Los Angeles, California 90012, and/or through the Court's Case Management/Electronic Case Files system. A copy of the Motion also may be obtained by contacting counsel at the email or mailing addresses and telephone number indicated in the upper left corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any opposition or other response to the Motion must be in writing, filed with the Court and served on the Debtor's counsel (whose address is set forth on the upper left corner of the first page of this Notice) and the Office of the United States Trustee, at least 14 days before the hearing on the Motion set forth above.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), the failure to file a response to the Motion may be deemed by the Court as consent to the relief requested therein.

Dated: August 18, 2021              **Sulmeyer**Kupetz
                                    A Professional Corporation


                                    By:  */s/ Asa S. Hami*
                                         Asa S. Hami
                                         Attorneys for Reorganized Debtor
                                         Mad Dogg Athletics, Inc.

ASH 2721941v1                            5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER APPOINTING INDEPENDENT FIDUCIARY WITH RESPECT TO PENDING PATENT INFRINGEMENT LITIGATION AGAINST PELOTON INTERACTIVE, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 18, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Philip A Gasteier** pag@lnbrb.com
- **Konrad K Gatien** kg@keatsgatien.com, darrell@keatsgatien.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Asa S Hami** ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- **Brian T Harvey** bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **Andy Kong** Kong.Andy@ArentFox.com
- **Timothy Krantz** krantzlaw@pacbell.net
- **David S Kupetz** dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **Elizabeth A LaRocque** kmurphy@goeforlaw.com, elarocque@goeforlaw.com
- **Dare Law** dare.law@usdoj.gov
- **Daniel A Lev** dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elan S Levey** elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **Charity J Manee** cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **Allan D Sarver** ADS@asarverlaw.com
- **Cathy Ta** cathyta@cathyta.net
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth** swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Christopher K.S. Wong** christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Claire K Wu** claire.wu@pillsburylaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- **Roye Zur** rzur@elkinskalt.com, tbrooks@elkinskalt.com;myuen@elkinskalt.com;tperkins@elkinskalt.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 18, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee  
United States Trustee (LA)  
915 Wilshire Blvd, Suite 1850  
Los Angeles, CA 90017

The Honorable Julia W. Brand  
U.S. Bankruptcy Court  
Roybal Federal Building  
255 E. Temple Street, Suite 1382  
Los Angeles, CA 90012

PMD 2721945v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST UNSECURED CREDITORS:**

MUFG Union Bank, NA
Attn Mark Mitchell
455 S. Figueroa St.
Los Angeles, CA 90071

DeJet Industry Co., LTD
No. 88 Shuren 6th St, Wufend Dist
Taichung City 413
Taiwan, ROC
Telephone: 886-4-2332-5688
Email: Sandra@syndicatec.com

Safarian Choi & Bolstad LLC
David Bolstad, Esq.
555 S. Flower St., #650
Los Angeles, CA 90071
Telephone: (213) 481-6565
Email: dbolstad@safarianchoi.com; ltorres@safarianchoi.com

FiTek Fitness Products
No. 92 Chung Hwa Road
Ming Hsiung Industrial Park
Chia Yi Country, Taiwan, ROC
Telephone: 885-5-2203-3010
Email: jingwang@fitekfitness.com

Keats Gatien, LLP
120 S El Camino Dr., Ste 207
Beverly Hills, CA 90212
Telephone: (424) 302-0692
Email: kg@keatsgatien.com

BTX Global Logistics
2045 W Western Ave
Torrance, CA 90501
Telephone: (203) 925-5905
Email: mmckinzie@btxglobal.com

BTX Global Logistics
PO Box 853
Shelton, CT 06484
kpepp@btxglobal.com

Esther DuVal, CPA,CFF
National Practice Leader | Senior Managing Director
CBIZ Corporate Recovery & Litigation Services
5 Bryant Park at 1065 Avenue of the Americas
New York, NY 10018
Telephone: (212) 790-5850/Cell 516.816.7737
Email: eduval@cbiz.com; ksigiyama@cbiz.com

CBIZ MHM, LLC
10474 Santa Monica Blvd., #200
Los Angeles, CA 90025

Marsh & McLennan Agency, LLC
350 S Grand Avenue Suite 3410
Los Angeles, CA 90071
Telephone: (800) 837-2511/(800) 321-4696
Email: matt.bonnet@marshmma.com

Acufit Enterprise Co., Ltd.
51-1 Hsin An Road
TA Chia Chen
Taichung Hsien, 43752 Taiwan, ROC
Telephone: 886-4-2687- 8900
Email: sunny.chiu@acufit.com.tw

Acufit Enterprise Co., Ltd.
786 Blendheim Ct.
Severna Park, MD 21146
Telephone: 866-4-2687-8900
Email: sunny.chiu@acufit.com.tw

Fed Ex
PO Box 7221
Pasadena, CA 91109-7321
Email: billingonline@fedex.com

FedEx Corporate Services Inc. as Assignee of FedEx Express/Ground/Freight/Office
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017
Telephone: (855) 552-5393 Ex. 471-4000
Email: fxelegaldept@fedex.com; bankruptcy@FedEx.com

Hanwei Fitness Equipment Co.
No. 359 Baiyununyuan, East Road of
Hangshou, China 311500
Telephone: 86-57-69962007800492-3344
86-571-69962000/69962222/69962111
Email: hello_liner@163.com

Greyhills Rechtsanwalte
Unter den Eichen 93
D-12205
Berlin, Germany
Telephone: 49330569743-10
Email: steinberg@greyhills.eu

Glass Ratner
Michael Spindler
555 W 5th St., #3725
Los Angeles, CA 90013
Telephone: (213) 226-6770
Email: Mspindler@glassratner.com

PMD 2721945v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE

Omexy (Times Pacific) - **RTS**
No. 42 Section 3, Chang Shi Road
Tainan City, TW
Telephone: 011-886-6-2557158
Email: tina@omexey.com.cn; h02006@omexey.com.cn

Prosum, Inc.
2201 Park Place, #102
El Segundo, CA 90245
Telephone: (310) 426-0626
Email: ravi.chatwani@prosum.com

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197
Telephone: (800) 837-2511
Email: matt.bonnet@marshmma.com
rich.foley@marshmma.com

TWE Solutions
13900 Marquesas Way #6006
Marina Del Rey, CA 90292
Telephone: (888) 535-9570
Email: tweaccountant@twe-solutions.com

Motonation, LLC dba Ciclista America
10225 Prospect Ave
Santee, CA 92071
Telephone: (619) 401-4100 x 116, (888) 535-9570
Email: byron@ciclista-america.com; vicki@motonation.com

Mainfreight, Inc.
Ali Heidari, Esq.
1400 Glenn Curtiss St.
Carson, CA 90746
Telephone: (949) 378-0254
Email: ali.heidari@mainfreightusa.com;
byron.frank@mainfreightusa.com

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673
Telephone: (502) 485-2222
Email: delfever@ups.com

Marsh & McLennan Agency, LLC
PO Box 740663
Los Angeles, CA  90074
Telephone: 800-837-2511/800-321-4696
Email: matt.bonnet@marshmma.com

**SPECIAL NOTICE:**
ARENT FOX LLP
Attn: Aram Ordubegian and Christopher K.S. Wong
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400 Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
christopher.wong@arentfox.com

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August   , 2021 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2021 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| Date | Printed Name | Signature |

PMD 2721945v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**